

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00746-CV

William **HUBBARD**,
Appellant

v.

Galela **NEZAT**, David Nezat, and Ranch Enterprises, LTD.,
Appellees

From the 198th Judicial District Court, Edwards County, Texas
Trial Court No. 3816
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellant William Hubbard.

SIGNED June 26, 2013.

_____
Rebeca C. Martinez, Justice